**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
CARMEN SMITH,

                         Plaintiff,                    **ORDER**

           -against-                  **25-CV-3557 (VSB) (JW)**

LIVING CITIES, INC., et al.,

                       Defendant.
-------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

On July 25, 2025, the case was referred to mediation.  Dkt. No. 21.  Per the

docket, the parties attended a mediation conference on January 28, 2026.  The parties

are ordered to provide a joint status letter, no more than 2 pages, on mediation efforts

by **February 10, 2026.**

SO ORDERED.

DATED:    New York, New York
            February 3, 2026

                                     *Jennifer E. Willis*
                                JENNIFER E. WILLIS
                                United States Magistrate Judge